# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Shannon Hunt

                    Plaintiff,

v.                                   Case No.: 1:22–cv–04742
                                                        Honorable John Robert Blakey

Greenbrier International, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 16, 2023:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of dismissal [20], this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the punitive class claims. Any pending deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.